Irving FAINBLATT, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Respondent.

Leon FAINBLATT, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Respondent.

Nos. 96 and 97, Dockets 20920 and 20921.
United States Court of Appeals
Second Circuit.
Feb. 15, 1949.

Jacob Rabkin, of New York City (Mark H. Johnson, of New York City, of counsel), for petitioners.

Theron Lamar Caudle, Asst. Atty. Gen., and Morton K. Rothschild and Ellis N. Slack, Sp.Assts. to Atty. Gen., for respondent.

Before AUGUSTUS N. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Orders affirmed in open court.

INDUSTRIAL COMMISSION OF STATE
OF UTAH, Daniel Edwards, Individually
and as Commissioner of Industrial Com-
mission of State of Utah, in Charge of La-
bor Relations; H. Fred Egan and R. H.
Dalrymple, Individually, and as members
of the Industrial Commission of the State
of Utah, Appellants, v. NATIONAL LABOR
RELATIONS BOARD, Appellee.

No. 3760.

United States Court of Appeals
Tenth Circuit.
Jan. 31, 1949.

Herbert F. Smart, Asst. Atty. Gen. (Grover A. Giles, Atty. Gen., and Andrew John Brennan, Asst. Atty. Gen., on the brief), for appellants.

Norton J. Come, of Washington, D. C. (Robert N. Denham, Gen. Counsel, David P. Findling, Associate Gen. Counsel, A. Norman Somers, Asst. Gen. Counsel and Mozart G. Ratner, all of Washington, D. C., on the brief), for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

On the authority of La Crosse Telephone Corp. v. Wisconsin Employment Relations Board et al., 69 S.Ct. 379, decided January 17, 1949, the order granting a temporary injunction herein is affirmed.

UNITED STATES of America ex rel. John
H. MOESEL, Relator-Appellant, v. Walter
B. MARTIN, as Warden of Attica Prison,
Attica, New York, Respondent-Appellee.
Docket 21264.

United States Court of Appeals
Second Circuit.
Feb. 14, 1949.

Nathaniel L. Goldstein, Atty. Gen., of New York (Louis Winer, Asst. Atty. Gen., of Counsel), for the motion.

H. G. Ingraham, of New York City, opposed.

Before AUGUSTUS N. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.